UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Ex Parte Petition of HAMAD ABDEL AZIZ AL SHAYA and HAITHAM HAMAD ABDULAZIZ AL SHAYA for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | 19-mc-582 (JPO)  <br><br>ORDER |

J. PAUL OETKEN, District Judge:

    Hamad Abdel Aziz Al Shaya and Haitham Abdel Aziz Al Shaya (the "Applicants") apply for an order under 28 U.S.C. § 1782, to issue a subpoena to obtain discovery from National Bank of Kuwait S.A.K.P., Standard Chartered Bank, USA, and JPMorgan Chase & Co., (collectively, the "Discovery Targets"), all of whom can be found in this District.  Based upon the Application and accompanying declarations and exhibits submitted, the Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for use in a Foreign Proceeding, (Dkt. 1), is GRANTED.

    It is hereby ordered that the Applicants are authorized to issue and serve subpoenas on the Discovery Targets containing the substance and form of the subpoenas attached as Exhibits A, B, and C to the Levy Declaration (Dkt. No. 3.).

    IT IS SO ORDERED.

Dated: July 24, 2020
       New York, New York

                                        J. PAUL OETKEN
                                        United States District Judge